UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-558-RGJ-CHL

| | |
|---|---|
| **MICHELLE MCMILLEN, individually** <br> **and as Administratrix of the Estate of** <br> **Gynnya McMillen** <br><br> *Plaintiffs* <br><br><br> **REGINALD WINDHAM et. al.** <br><br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## PARTIAL JUDGMENT ON JURY VERDICT

Trial on this matter was held on January 10, 2022 through January 19, 2022.

The jury reported to the Court on January 20, 2022 at 5:00 p.m. that they had reached partial verdicts. The verdicts were published in open court. The Court polled the jury as to their verdicts. The jury was then discharged. The verdicts were filed in the Court's record (Doc. 261, PageID. 4069-4079) and a mistrial was declared on Special Interrogatory 3 as to Count 4 for Defendant Windham and Special Interrogatory 15 as to Count 6 for Defendant Price.  Pursuant to the jury's Verdict, Judgment hereby enters as follows:

1) The Plaintiffs recover nothing; the action be dismissed on the merits and that **Lisa Rivers** recover costs from the Plaintiffs the Estate of Gynnya McMillen and Michelle McMillen. The action against **Lisa Rivers** was decided by Judge Rebecca Grady Jennings on a Motion for judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure.

2) The Plaintiffs recover nothing, the action be dismissed on the merits and that **Loretta Gaudern** recover costs from the Plaintiffs the Estate of Gynnya McMillen and Michelle

McMillen. The action against **Loretta Gaudern** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict in her favor on all claims.

3) The Plaintiffs recover nothing, the action be dismissed on the merits and that **Kevin Johnson** recover costs from the Plaintiffs the Estate of Gynnya McMillen and Michelle McMillen. The action against **Kevin Johnson** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict in his favor on all claims.

4) The Plaintiffs recover nothing as to Count 3 – §1983 Failure to Train and/or Supervise, Count 4 – Negligence, and Count 4 Gross Negligence, those claims be dismissed on the merits against **Michael Price**. The action against **Michael Price** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict as to Count 3 – §1983 Failure to Train and/or Supervise, Count 4 – Negligence/Gross Negligence in his favor on those claims. Plaintiffs' claim against **Michael Price** as to Count 6 – Negligent Training and Supervision, is not dismissed as the jury has not rendered a verdict as to Count 6 – Negligent Training and Supervision, and a mistrial was declared.

5) The Plaintiffs recover nothing, the action be dismissed on the merits and that **Chris Johnson** recover costs from the Plaintiffs the Estate of Gynnya McMillen and Michelle McMillen. The action against **Chris Johnson** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict in his favor on all claims.

6) The Plaintiffs recover nothing, the action be dismissed on the merits and that **Victor Holt** recover costs from the Plaintiffs the Estate of Gynnya McMillen and Michelle McMillen. The action against **Victor Holt** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict in his favor on all claims.

7) The Plaintiffs recover nothing as to Count 3 – §1983 Failure to Train and/or Supervise, Count 4 – Gross Negligence, those claims be dismissed on the merits against **Reginald**

**Windham**. The action against **Reginald Windham** was tried by a jury with Judge Rebecca Grady Jennings presiding and the jury has rendered a verdict as to Count 3 – §1983 Failure to Train and/or Supervise, Count 4 – Gross Negligence in his favor on those claims. Plaintiffs' claims against **Reginald Windham** as to Count 6 – Negligence, is not dismissed as the jury has not rendered a verdict as to Count 6 – Negligence, and a mistrial was declared.

IT IS SO ORDERED.

Dated: March 9, 2022

_____
Hon. Rebecca Grady Jennings
United States District Court

AGREED AS TO FORM ONLY:

Ronald P. Hillerich
James M. Bolus, Jr.
Brennan J. Soergel
*Attorneys for Plaintiffs*

By: /s/ Brennan J. Soergel

C. Dodd Harris, IV
*Attorney for Defendant Chris Johnson*

By: /s/ C. Dodd Harris, IV (w/permission)

Edward A. Baylous, II
*Attorney for Defendants Price, Kevin Johnson, Rivers, and Gaudern*

By: /s/ Edward A. Baylous, II (w/permission)

3